IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN JOSEPH SWEENEY,

       Appellant,

 v.

Case No. 5D21-2579
LT Case No. 2020-CF-008483

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed August 16, 2022

Appeal from the Circuit Court
for Orange County,
Robert Leblanc, Judge.

Matthew J. Metz, Public Defender, and
Victoria Rose Cordero, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.